U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 22 2023

TONY R. MOORE, CLERK
BY: _____ MB
    DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
(Alexandria Division)

| SHANNON WILLIAMS | Case No. 23-cv-0687 |
|---|---|
| v. | Federal Tort Claims Act ("FTCA") Action |
| UNITED STATES OF AMERICA | |

Comes Now, Shannon Williams pro se and files a Federal Tort Claims Act ("FTCA") under 28 USC 2671 et.seq. for injuries due to a broken desk falling on the back of his knees and causing ligament tears on April 29, 2021 at USP Pollock.

JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 USC 1331 and 28 USC 1346 (b).

2. Venue is proper in the Alexandria District of Louisiana under 28 USC 1391 (b)(2) and 28 USC 1402 (b) because Defendant's actions and omissions took place in this District at USP Pollock in Pollock, Louisiana.

PARTIES

3. Plaintiff Shannon Williams is an individual. At all relevant times Plaintiff was incarcerated at USP Pollock.

4. Defendant United States of America. At all times Referred to herein, the BOP, an agency of Defendant, was in possession and control of USP Pollock; exercised control of custody over Plaintiff; and bore Responsibility for Plaintiff's custody and safety

## CONDITIONS PRECEDENT

5. All conditions precedent to the filing of this action have been fulfilled.

6. Plaintiff fulfilled the FTCA's administrative claim requirement, 28 USC 2675 (a). The BOP received the claim in 2021. The BOP has not denied the claim. A copy of the claim is with Attorney Max Horvath of Boston, Massachusetts. The BOP is not allowing the legal papers to be received by Plaintiff Williams, as a result Plaintiff does not have the exact dates or the filing claim number.

## STATEMENT OF FACTS

7. On April 29, 2021 Plaintiff was escorted to the USP Pollock visiting room for a video conference with his Attorney Carter White of the UCDavis Civil Rights Clinic of Davis, California.

8. In the visiting conference room in which the Plaintiff was placed, there was a broken desk with no front

legs on the desk.

9. The broken desk did not have any signs to warn inmates or anyone to be aware of the desk.

10. That during the conference call Plaintiff leaned against the desk with no front legs. The desk tumbled over and rolled on the back of Plaintiff's knees causing Plaintiff to fall to the ground in pain. The visiting room officer helped lift Plaintiff off the ground after lifting the desk off Plaintiff's legs.

11. On April 30, 2021, Plaintiff went to medical and was scheduled to see the Orthopedic doctor.

12. In the later part of the year the Plaintiff was ordered to take an MRI which revealed a ligament tear.

13. The Plaintiff has been scheduled for surgery which has yet to take place in almost two years.

14 The Plaintiff filed a workplace hazard complaint about the broken desk in the form provided by the Counselor of unit 1 A (Mr. Lyons). Counselor Lyons did not provide Plaintiff with a form 95.

15. The Regional Director Tellez responded to the work-place injury report by stating the broken desk had been removed from the visiting room.

16. The BOP choice to intentionally leave a broken desk with no warning signs that injured Plaintiff. The injury has severly impacted Plaintiff quality of life by preventing him from exercising and everyday activities without pain in his knees for two years.

## Cause OF Action

17 Plaintiff realleges all foregoing Complaint paragraphs.

18. At all material times Defendant United States was Responsible for the safety of the Plaintiff. Defendant United States via the actions of unknown BOP employees taken in the scope of their employment as federal officers, proximately, directly, and foreseeably caused severe injury and permanent damage to Plaintiff's knees, pain and suffering and other injuries. Wherefore, Plaintiff prays for Judgement as set forth below.

## Prayer FOR Relief

1. For compensatory damages of $250,000.00

2. For cost of suit, and other relief the Court deem just and proper.

Dated April 27, 2023

/s/ Shannon William

SHANNON WILLIAMS